**October 12, 2010**

<u>Bennett v. Pascone, et al. Case No. 3:09-CV-2139(RNC)</u>

Re: Motion to Dismiss Certain Claims (Doc. 20):

Granted.  Plaintiff brings this action under 42 U.S.C. § 1983 against two Bridgeport police officers alleging claims resulting from an arrest on December 16, 2006.  Defendants have moved to dismiss the excessive force and false arrest claims as time-barred under the applicable statute of limitations.  The plaintiff does not oppose dismissal of these claims.  Instead, he states that he "agrees that this action is limited to one for malicious prosecution."  Accordingly, the motion to dismiss is hereby granted as to all claims except the claim for malicious prosecution.  So ordered.

                                    /s/
                              Robert N. Chatigny
                         United States District Judge